**Thomas S. SUKHU, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 04–3111.

United States Court of Appeals, Federal Circuit.

DECIDED: April 15, 2004.

John S. Groat, Principal Attorney, Brian M. Simkin, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

George M. Johnson, Principal Attorney, Atlanta, GA, for Petitioner.

*ORDER*

Upon consideration of Thomas S. Sukhu's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs

**Eleanor S. BLUE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3122.

United States Court of Appeals, Federal Circuit.

April 20, 2004.

George T. Underwood, Jr., Principal Attorney, Knoxville, TN, for Petitioner.

Jeffrey A. Gauger, Principal Attorney, Washington, DC, for Respondent.

SCHALL, Circuit Judge.

*ORDER*

Eleanor S. Blue moves to voluntarily dismiss her petition for review.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted and the petition for review is dismissed.

(2) Each side shall bear its own costs.

---

* It is not this court's usual practice to designate a dismissal as with or without prejudice.